*State, Respondent, v. Samalia, Petitioner*, No. 91532-6. Petition for review of a decision of the Court of Appeals, No. 31691-2-III, March 5, 2015, 186 Wn. App. 224. *Granted* September 2, 2015.

*Kim et al., Petitioners, v. Lakeside Adult Family Home et al., Defendants, Thomas et al., Respondents*. No. 91536-9. Petition for review of a decision of the Court of Appeals, No. 70892-9-I, March 16, 2015, 186 Wn. App. 398. Petitioners' petition for review *granted* and respondent Thomas's cross petition for review *granted* September 2, 2015.

*Spokane Entrepreneurial Ctr. et al., Petitioners, v. Spokane Moves To Amend the Constitution et al., Respondents*, No. 91551-2. Petition for review of a decision of the Court of Appeals, No. 31887-7-III, January 29, 2015, 185 Wn. App. 1039. *Granted* September 2, 2015.

*Wuthrich, Petitioner, v. King County, Respondent*, No. 91555-5. Petition for review of a decision of the Court of Appeals, No. 44019-9-II, March 10, 2015, 186 Wn. App. 1023. *Granted* September 2, 2015.

*Piris, Petitioner, v. Kitching et al., Respondents*, No. 91567-9. Petition for review of a decision of the Court of Appeals, No. 71054-1-I, March 9, 2015, 186 Wn. App. 265. *Granted* September 2, 2015.

*State, Respondent, v. Parker, Petitioner*, No. 91595-4. Petition for review of a decision of the Court of Appeals, No. 45502-1-II, February 18, 2015, 185 Wn. App. 1060. *Granted* and *remanded* to the Court of Appeals September 2, 2015.

*Dep't of Labor & Indus., Respondent, v. Lyons Enters., Inc., Petitioner*, No. 91610-1. Petition for review of a decision of the Court of Appeals, No. 45033-0-II, February 3, 2015, 186 Wn. App. 518. *Granted* September 2, 2015.